**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ANTHONY PERRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. AW-09-2672** |
| | ) | |
| **GARY LOCKE, Secretary,** | ) | |
| **United States Department of Commerce,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MOTION TO EXTEND TIME FOR INITIAL RESPONSE**

COMES NOW Defendant, by and through his counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Jason D. Medinger, Assistant United States Attorney for said District, and hereby files this Motion To Extend Time For Initial Response up through and including March 12, 2010, and in support whereof states as follows:

1. On or about October 13, 2009, Plaintiff, through counsel, filed the above-captioned action alleging discrimination and retaliation pursuant to Title VII, 42 U.S.C. § 2000e et seq. See Docket Entry No. 1.

2. The Complaint and a summons were served on the United States Attorney for the District of Maryland on December 10, 2009. The Defendant's initial response to the Complaint is therefore due on or before February 9, 2010.[1]

3. After receiving the Complaint, undersigned counsel contacted agency counsel for the

[1] The Clerk's Office was closed February 8, 2010 due to inclement weather. See Fed. R. Civ. P. 6(a)(3).

United States Department of Commerce regarding Plaintiff's claims. Undersigned counsel recently received information from agency counsel regarding the administrative EEO file relevant to Plaintiff's claims. However, because of the press of several other matters (including two Fourth Circuit briefs and several motions in this Court), and office closings due to weather, undersigned counsel has not yet had an opportunity to review relevant materials to determine Defendant's initial response to the complaint.

4. Accordingly, Defendant respectfully requests a 30-day extension of time to file an initial response to the Complaint to permit undersigned counsel additional time to meet with agency counsel and review any materials necessary to formulate an initial response to the Complaint. Such an extension will make Defendants' initial response due on or before March 12, 2010.

5. Pursuant to D. Md. L.R. 105(9), on February 8, 2010, the undersigned sent Plaintiff's counsel an email regarding the instant motion. Undersigned counsel has not yet heard back from Plaintiff's counsel as to whether they consent to the instant motion. However, undersigned counsel respectfully submits that Plaintiff will not be prejudiced by the granting of this motion and allowing Defendant an additional 30 days to file his initial response to the complaint.

WHEREFORE, Defendant respectfully requests that he be permitted to file his initial response to the Complaint in the above-captioned case on or before March 12, 2010.

Respectfully submitted,

Rod J. Rosenstein

United States Attorney

By:_____/s/______________________

Jason D. Medinger (Bar No. 28470)
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800